DAVID A. HUBBERT
Deputy Assistant Attorney General

ALEXANDER E. STEVKO (CA Bar No. 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2380 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov
*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH T. NGO;<br><br>  Defendant. | No. _____<br><br>**COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT** |

The United States of America complains and alleges as follows:

1. This is a civil action by the United States of America to (1) reduce to judgment federal income tax assessments against Kenneth T. Ngo and (2) reduce to judgment employment and unemployment tax assessments against Kenneth Ngo for failure to pay over taxes withheld from the employees of Kaiwa Sushi.

Complaint NO.                                             **U.S. DEPARTMENT OF JUSTICE**

## JURISDICTION AND VENUE

2. This action is brought at the direction of the Attorney General of the United States and at the request and with authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401.

3. This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402, and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in the Northern District of California under 28 U.S.C. §§ 1391(b) and 1396. Ngo resides in this district.

## DEFENDANT

5. Ngo is an individual residing in this district. He owned and operated as a sole proprietorship the restaurant Kaiwa Sushi, whose unpaid employment and unemployment tax liabilities for tax periods in 2011, 2012, 2013, 2014, and 2015 form the basis of this suit. Ngo's unpaid federal income tax liability for 2014 also forms part of the basis of this suit.

## FEDERAL TAX LIABILITIES

6. Ngo voluntarily filed a federal income tax return (Form 1040) for the 2014 tax year.

7. Based on the self-reported amount on the Form 1040, the IRS timely assessed the 2014 income tax against Ngo, along with interest and penalties, as described in Paragraph 19.

8. Ngo voluntarily filed a Form 941 for Kaiwa Sushi for Q1 2014, Q2 2014, Q3 2014, Q4 2014, and Q4 2015.

9. Based on the self-reported amounts on the filed Forms 941, the IRS timely assessed the 941 taxes against Ngo, along with interest and penalties, as described in Paragraph 19.

10. Ngo filed a Form 940 for Kaiwa Sushi for 2011.

11. Based on the self-reported amount on the Form 940, the IRS timely assessed federal unemployment tax, interest, and penalties against Ngo as described in Paragraph 19.

12. Ngo did not file a Form 941 for Kaiwa Sushi for Q2 2012, Q3 2012, Q4 2012, Q1 2013, and Q3 2013.

Complaint NO.  **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

13. Pursuant to 26 U.S.C. § 6020(b), the IRS prepared Forms 941 for the tax periods listed in Paragraph 12.

14. The IRS sent Ngo statutory notices of deficiency for each of the tax periods in Paragraph 12. Ngo did not petition the U.S. Tax Court, so the IRS timely assessed the Form 941 taxes for these periods against Ngo, as described in Paragraph 19.

15. Ngo subsequently filed a Form 941 for Q2 2012. The IRS adjusted the assessment for that period based on the filed return.

16. Ngo did not file a Form 940 for Kaiwa Sushi for 2012.

17. Pursuant to 26 U.S.C. § 6020(b), the IRS prepared a Form 940 for Kaiwa Sushi for 2012.

18. The IRS sent Ngo a statutory notice of deficiency for the tax period described in Paragraph 17. Ngo did not petition the U.S. Tax Court, so the IRS timely assessed the 2012 940 tax against Ngo as described in Paragraph 19.

19. The following table summarizes the assessments against Ngo for the tax periods at issue as well as the outstanding balance for each assessment:

| Type of Tax | Tax Period | Assessment Date | Outstanding Balance as of August 28, 2022[1] |
|---|---|---|---|
| Income (1040) | 2014 | 11/16/2015 | $21,623.00 |
| Employment (941) | Q2 2012 | 10/13/2014 | $16,936.13 |
| Employment (941) | Q3 2012 | 10/13/2014 | $10,291.69 |
| Employment (941) | Q4 2012 | 10/13/2014 | $19,956.97 |
| Employment (941) | Q1 2013 | 10/13/2014 | $21,469.72 |
| Employment (941) | Q3 2013 | 10/13/2014 | $21,682.40 |
| Employment (941) | Q1 2014 | 07/07/2014 | $5,246.08 |
| Employment (941) | Q2 2014 | 09/15/2014 | $12,630.22 |
| Employment (941) | Q3 2014 | 04/11/2016 | $15,067.90 |
| Employment (941) | Q4 2014 | 03/30/2015 | $6,732.85 |
| Employment (941) | Q4 2015 | 04/11/2016 | $6,009.76 |
| Unemployment (940) | 2011 | 07/06/2015 | $656.72 |
| Unemployment (940) | 2012 | 10/13/2014 | $13,903.99 |
| **Total** | | | **$172,207.43** |

---

[1] The outstanding balance amount includes both assessed and unassessed but accrued taxes, penalties, interest, payments, credits, and other adjustments through August 28, 2022.

Complaint NO.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

3

20. Timely notice and demand for payment of the assessments described in Paragraph 19 were made upon Ngo as required by 26 U.S.C. § 6303.

21. Despite notice and demand for payment of the assessments described in Paragraph 19, Ngo has neglected, refused, or failed to fully pay the assessments against them. The current balance against Ngo is $21,623.00 in federal income tax liabilities, including accrued penalties and interest, as of August 28, 2022. The current balance against Ngo related to Kaiwa Sushi is $150,584.43 in federal employment and unemployment tax liabilities, including accrued penalties and interest, as of August 28, 2022.

**COUNT I: REDUCE TO JUDGMENT FEDERAL INCOME TAX ASSESSMENTS AGAINST KENNETH T. NGO**

22. This action is brought within the appropriate statute of limitations for collection under 26 U.S.C. § 6502.

23. Under 26 U.S.C. § 7402(a), the United States is entitled to judgment against Ngo for the unpaid balance of the income tax assessments described in Paragraph 19, plus interest and other statutory additions accruing to the date of payment.

**COUNT II: REDUCE TO JUDGMENT FEDERAL EMPLOYMENT AND UNEMPLOYMENT TAX ASSESSMENTS AGAINST KENNETH NGO**

24. This action is brought within the appropriate statute of limitations for collection under 26 U.S.C. § 6502.

25. Under 26 U.S.C. § 7402(a), the United States is entitled to judgment against Ngo for the unpaid balance of the unpaid employment and unemployment tax assessments related to Kaiwa Sushi described in Paragraph 19, plus interest and other statutory additions accruing to the date of payment.

Complaint NO.   **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

4

# REQUEST FOR RELIEF

WHEREFORE, the United States respectfully requests that the Court enter judgment in its favor and against Defendants as follows:

A. Enter judgment against Kenneth T. Ngo for the income tax assessments made against him for the tax year 2014 in the amount of $21,623.00, plus interest and statutory additions in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621, which have accrued and will continue to accrue according to law from August 28, 2022, until the judgment is paid in full;

B. Enter judgment against Kenneth T. Ngo for the assessments made against him for federal unemployment tax related to Kaiwa Sushi for the tax years 2011 and 2012, and federal employment tax related to Kaiwa Sushi for the tax periods ending Q2 2012, Q3 2012, Q4 2014, Q1 2013, Q3 2013, Q1 2014, Q2 2014, Q3 2014, Q4 2014, and Q4 2015 in the amount of $150,584.43, plus interest and statutory additions in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621, which have accrued and will continue to accrue according to law from August 28, 2022, until the judgment is paid in full; and

C. Award the United States its costs and such other relief as is just and proper.

Dated: September 28, 2022

Respectfully submitted,
DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Alexander E. Stevko*
ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2380 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov
*Counsel for the United States of America*

Complaint NO.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395